UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60854-CIV-ZLOCH

DAVID RUBIN,

    Plaintiff,

vs.                                      **<u>FINAL JUDGMENT</u>**

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation For Remand And Entry Of Judgment (DE 18) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No objections have been filed to said Report. The Court has conducted a <u>de</u> <u>novo</u> review of the entire court file herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation (DE 18) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

2. Plaintiff David Rubin's Motion for Summary Judgment (DE 15) be and the same is hereby **GRANTED**;

3. Defendant Michael J. Astrue's Motion To Remand (DE 16) be and the same is hereby **GRANTED**;

4. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby entered in favor of Plaintiff

David Rubin and against Defendant Michael J. Astrue;

5. The decision of the Administrative Law Judge of the Social Security Administration dated March 25, 2008, be and the same is hereby **REVERSED**;

6. The above-styled cause be and the same is hereby **REMANDED** to the Social Security Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g);

7. The Commissioner is directed to rehear this matter and conduct further proceedings as set forth in the Report and Recommendation For Remand And Entry Of Judgment (DE 18) filed by Magistrate Judge Robin S. Rosenbaum; and

8. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of October, 2009.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record